■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICOLE E. HARGIS, Appellant. (Appeal No. 2.) [54 NYS3d 901]— Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered February 2, 2015. The judgment convicted defendant, upon a jury verdict, of rape in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously reversed on the law and a new trial is granted on count one of the indictment.

Same memorandum as in *People v Hargis* ([appeal No. 1] 151 AD3d 1946 [2017]). Present—Whalen, P.J., Peradotto, DeJoseph, Curran and Winslow, JJ.